IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
JUL 2 2 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-71-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| MATTHEW ROBERT-JEFFERSON MILLER, | |
| Defendant. | |

Upon the Defendant's Motion to Vacate Motion for Temporary Release (Doc. 20), and for good cause being shown,

IT IS HEREBY ORDERED that Defendant's Motion to Vacate Motion for Temporary Release (Doc. 20) is **GRANTED**.

IT IS FURTHER ORDERED that Defendants Motion for Temporary Release (Doc. 19) is **DENIED** as moot.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 22nd day of July, 2019.

SUSAN P. WATTERS
United States District Judge