IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-71-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER DENYING MOTION FOR TEMPORARY RELEASE |
| MATTHEW ROBERT-JEFFERSON MILLER, | |
| Defendant. | |

On July 24, 2019, the Defendant filed a motion for temporary release to attend his father's funeral (Doc. 22). Although the Court sympathizes with the Defendant over the loss of his father, the Defendant has a history of failure to appear as recent as March 2019. The Court is concerned the Defendant poses a flight risk and finds it would be incautious to grant him temporary release.

IT IS HEREBY ORDERED that Defendant's Motion for Temporary Release to Attend Funeral (Doc. 22) is **DENIED**.

The Clerk of Court shall notify counsel of this Order.

DATED this 26th day of July, 2019.

SUSAN P. WATTERS
United States District Judge

1