FILED

APR 0 6 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW ROBERT-JEFFERSON MILLER,<br><br>Defendant. | CR 19-71-BLG-SPW<br><br><br><br>ORDER |
|---|---|

Upon the United States' Motion to Dismiss with Prejudice the Forfeiture Allegation (Doc. 45) contained in the indictment, and for good cause shown,

IT IS HEREBY ORDERED that the forfeiture allegation contained in the indictment is DISMISSED WITH PREJUDICE.

DATED this 6th day of April, 2020.

SUSAN P. WATTERS
United States District Court Judge

1